UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEAN FRANCES NIVEN,

        **Plaintiff,**

vs.                                      Case No. 8:07-cv-1326-T-27TBM

NATIONAL ACTION FINANCIAL
SERVICES, INC., et al.,

        **Defendants.**
_____/

## VERDICT FORM

### I. Claim under the Fair Debt Collection Practices Act ("FDCPA")

It has been established that the defendant violated the FDCPA by communicating with a person in connection with attempting to collect a debt that it was prohibited from communicating with by the FDCPA.

1. Was the violation of the FDCPA by defendant unintentional, and did it result from a bona fide error notwithstanding the maintenance and utilization of procedures reasonably adapted to avoid any such error?

                              YES __✓__   NO _____

If your answer to Question 1 is YES, your verdict is for defendant on this claim and you are not to consider damages.

If your answer to Question 1 is NO, you may award to plaintiff any amount up to $1,000.00 as statutory damages.

                          Statutory damages awarded to plaintiff: $_____

### II. Claim under the Florida Consumer Collection Practices Act ("FCCPA")

1. Did defendant disclose to plaintiff's co-worker information affecting plaintiff's reputation, with knowledge or reason to know that plaintiff's co-worker did not have a legitimate business need for the information?

                              YES _____   NO __✓__

2. Did defendant willfully communicate with plaintiff with such frequency as could reasonably be expected to harass plaintiff or did defendant willfully engage in other conduct which could reasonably be expected to abuse or harass plaintiff?

YES_____ NO __✓__

If your answer to Question 1 and 2 is NO, your verdict is for defendant on this claim and you are not to consider damages.

If your answer to Question 1 or 2 is YES, proceed to Question 3.

3. Was the violation of the FCCPA by defendant unintentional, and did it result from a bona fide error notwithstanding the maintenance and utilization of procedures reasonably adapted to avoid any such error?

YES_____ NO_____

If your answer to Question 3 is YES, your verdict is for defendant on this claim and you are not to consider damages.

If your answer to Question 3 is NO, you may award to plaintiff any amount up to $1,000.00 as statutory damages.

Statutory damages awarded to plaintiff: $ _____

### III. Actual Damages

If you find that the defendant's violation of the FDCPA and/or FCCPA is not excused by the bona fide error defense, you are to consider whether plaintiff suffered actual damages, which may include personal humiliation, embarrassment, mental anguish, or emotional distress.

Actual damages awarded to plaintiff: $ __N/A__

SO SAY WE ALL this __2__ day of December, 2008.

_____BARBARA BROOKS_____
Foreperson